**Charles SWIFT Plaintiff–Appellant**

v.

**WALMART Defendant–Appellee**

No. 16-2145.

United States Court of Appeals, Eighth Circuit.

Submitted: October 3, 2016

Filed: October 6, 2016

Charles Swift, Pro Se

Before LOKEN, BOWMAN, and MURPHY, Circuit Judges.

PER CURIAM.

Charles Swift appeals the district court's[1] preservice dismissal without prejudice of his pro se diversity complaint. The court dismissed the complaint after Swift failed to comply with the court's order to provide evidence of damages sufficient to invoke diversity jurisdiction. Having carefully considered the record, and given the without-prejudice nature of the dismissal, we conclude the district court did not abuse its discretion in dismissing without prejudice.

Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.